# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Linda Presnell, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:12cv299 |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn Colvin, Commissioner | ) | |
| Of Social Security | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come from the court  and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/13/13 Order.

August 13, 2013

Frank G. Johns, Clerk
United States District Court